UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

          Plaintiff,

          v.                                        11-CV-634-S

THE PREMISES AND REAL PROPERTY WITH
BUILDINGS, APPURTENANCES, AND
IMPROVEMENTS AT 9542 LAKE SHORE ROAD,
EVANS, NEW YORK, THAT IS, ALL
THAT TRACT OR PARCEL OF LAND, SITUATE
IN THE TOWN OF EVANS, COUNTY OF
ERIE, AND STATE OF NEW YORK, AND
MORE PARTICULARLY DESCRIBED IN A
CERTAIN DEED RECORDED IN THE ERIE
COUNTY CLERK'S OFFICE IN BOOK 11098
OF DEEDS AT PAGE 7911,

          Defendant.
_____

## ORDER FOR SETTLEMENT AND FORFEITURE

Based upon the Stipulation for Settlement and Forfeiture previously filed in this action, and after review and further deliberation, it is hereby

**ORDERED**, that the claimant, David Jacobson, shall pay the sum of $45,000.00 United States currency to U.S. Customs and Border Protection in the form of a certified check, bank draft or similar instrument in lieu of his interest in 9542 Lake Shore Road, Evans, New York; and it is further

**ORDERED**, that upon the payment by the claimant, the aforementioned $45,000.00 is hereby forfeited to the United States of America pursuant to Title 31, United States Code, Section 5317(c) and shall be disposed of according to law; and it is further

**ORDERED**, that upon the payment of $45,000 by the claimant, the plaintiff shall have no further claim to the defendant real property based upon the events set forth in the complaint filed in this action; and it is further

**ORDERED**, that this action be and is hereby dismissed with each party to bear its own fees and expenses, except that this Court will retain jurisdiction of this matter in the event there is breach as to the terms of this agreement.

DATED:  Buffalo, New York, October 25, 2011.

                                                    s/William M. Skretny  
                                                WILLIAM M. SKRETNY  
                                                      Chief Judge  
                                          United States District Court